IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00570-BNB

TERRY BLEVINS,

    Plaintiff,

v.

JIM KELLER,
TASHA DOBBS,
JEFF WELLS,
CAROLYNNE SONDA,
BEHAVIOR CLINICAL SERVICES,
SEX OFFENDER MANAGEMENT BOARD,
D. COOL,
MESA COUNTY DETENTION FACILITY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2009

GREGORY C. LANGHAM
                  CLERK

ORDER OF DISMISSAL

    Plaintiff, Terry Blevins, is a prisoner in the custody of the Colorado Department of Corrections who was incarcerated at the Denver Reception and Diagnostic Center when he initiated the instant action by submitting to the Court *pro se* a complaint and a document titled "Injction [sic] a Temporary Restraining Order." He since has informed the Court that he is incarcerated at the Limon, Colorado, correctional facility.

    The Court reviewed the submitted documents and determined they were deficient. Therefore, in an order filed on March 17, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Blevins to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The March 17, 2009, order pointed out that Mr. Blevins failed to submit on the proper, Court-approved forms a complaint and a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. The order warned Mr. Blevins that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. On March 25, 2009, Mr. Blevins submitted a change of address indicating that he was incarcerated at the Mesa County Detention Facility in Grand Junction, Colorado. On March 30, 2009, he attempted to cure a deficiency by submitting a single-spaced, barely legible amended complaint missing both claims and a signature in violation of D.C.COLO.LCivR 10.1E. and G and Fed. R. Civ. P. 8 and 11(a). On April 28, 2009, he submitted a change of address indicating that he was incarcerated at the Denver Reception and Diagnostic Center. On May 12, 2009, Mr. Blevins attempted to cure another deficiency by submitting a prisoner's motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 with a notarized copy of his trust fund account statement for a one-month period only. On May 20, 2009, he submitted a change of address indicating that he was incarcerated at the Limon Correctional Facility.

The account statement Mr. Blevins submitted on April 13, 2009, is his notarized statement, not a certified statement from the appropriate prison official for the six-month period immediately preceding this filing. Subsection (a)(2) of 28 U.S.C. § 1915 requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 notes this requirement. Mr. Blevins has failed to cure the deficiencies listed in the March 17, 2009, order within the time allowed. The amended complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that the motion for sanctions filed on April 3, 2009, is denied as moot.

DATED at Denver, Colorado, this 28 day of May, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00570-BNB

Terry Blevins
Prisoner No. 111164
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/29/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk